*Prepared and Submitted by*

Eric W. Pearson (7276)
Jonathan R. Clark (12470)
**PEARSON LAW, P.C.**
10421 S. Jordan Gateway, Suite 600
Salt Lake City, Utah 84095
Telephone:  (801) 519-0300
Facsimile:  (801) 519-0400
Email:  ewp@pearsonfirm.com
Email:  jrc@pearsonfirm.com

*Counsel for American Institutional Partners, LLC*

-and-

Theodore A. Kittila (admitted *pro hac vice*)
**ELLIOTT GREENLEAF**
1105 N. Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone:  (302) 384-9400
Facsimile:  (302) 384-9399
Email:  tak@elliottgreenleaf.com

*Withdrawing Counsel for American Institutional Partners, LLC*

-and-

John D. McLaughlin, Jr. (admitted *pro hac vice*)
**CIARDI CIARDI & ASTIN**
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
Telephone: (302) 658-1100
Facsimile: (302) 658-1300
Email: jmclaughlin@ciardilaw.com

*Superseding Attorney for American Institutional Partners, LLC*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| In re:  AIP RESORT DEVELOPMENT, LLC, <br><br>Debtor. | **Bankruptcy No. 10-25027 JTM** <br> Honorable Joel T. Marker <br> **ORDER GRANTING APPLICATION OF SUBSTITUTION OF COUNSEL ON BEHALF OF AMERICAN INSTITUTIONAL PARTNERS, LLC** <br> (VIA ECF) |
|---|---|

**Filed: 04/16/11**

Upon the *Application of Substitution of Counsel of Behalf of American Institutional Partners, LLC* (the "Application"), the Court having reviewed the Application, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Application is GRANTED.

2. John D. McLaughlin, Jr., Esq., of the law firm of Ciardi Ciardi & Astin, 919 N. Market Street, Suite 700 Wilmington, Delaware 19801, admitted *pro hac vice* as counsel for American Institutional Partners, LLC ("AIP") in the above-captioned matter, is hereby substituted in place of Rafael X. Zahralddin-Aravena, Esq., and Theodore A. Kittila, Esq., of the law firm of Elliott Greenleaf, 1105 North Market Street, 17th Floor, Wilmington, Delaware 19801, as counsel for AIP in the above-captioned matter

3. Rafael X. Zahralddin-Aravena, Esq. and Theodore A. Kittila, Esq. of the law firm of Elliott Greenleaf, 1105 North Market Street, 17th Floor, Wilmington, Delaware 19801, are hereby withdrawn as counsel for AIP in this matter.

-------------------------------------------END OF DOCUMENT-------------------------------------------

## COURT CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **APPLICATION OF SUBSTITUTION OF COUNSEL ON BEHALF OF AMERICAN INSTITUTIONAL PARTNERS, LLC, EXHIBT A,** and proposed **ORDER GRANTING APPLICATION OF SUBSTITUTION OF COUNSEL ON BEHALF OF AMERICAN INSTITUTIONAL PARTNERS, LLC** was filed electronically via the CM/ECF system with the Clerk of Court, which system sent electronic notification of such filing this April ____, 2011, to the following:

| | |
|---|---|
| Michael R. Johnson, Esq. | mjohnson@rqn.com; sglendening@rqn.com; docket@rqn.com |
| Peter J. Kuhn, Esq. | Peter.J.Kuhn@usdoj.gov; James.Gee@usdoj.gov |
| Douglas M. Monson, Esq. | dmonson@rqn.com; tpahl@rqn.com; docket@rqn.com |
| Robert S. Prince, Esq. | rprince@kmclaw.com; squilter@kmclaw.com |
| Shawn T. Richards, Esq. | srichards@kmclaw.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |
| Anna W. Drake, Esq. | annadrake@att.net |
| Theodore A. Kittila, Esq. | tak@elliottgreenleaf.com |
| Jonathan R. Clark, Esq. | jrc@pearsonfirm.com |
| George Hofmann, Esq. | gbh@pkhlawyers.com |
| Michael D. Kendall, Esq. | mdk@pkhlawyers.com |
| Steven C. Strong, Esq. | scs@pkhlawyers.com |

I hereby certify that a true and correct copy of the foregoing **APPLICATION OF SUBSTITUTION OF COUNSEL ON BEHALF OF AMERICAN INSTITUTIONAL PARTNERS, LLC, EXHIBT A,** and proposed **ORDER GRANTING APPLICATION OF SUBSTITUTION OF COUNSEL ON BEHALF OF AMERICAN INSTITUTIONAL PARTNERS, LLC** was served by first-class, postage prepaid, on April ___, 2011, to the following:

| | |
|---|---|
| Eric W. Pearson, Esq.<br>**PEARSON LAW, P.C.**<br>10421 S. Jordan Gateway, Suite 600<br>Salt Lake City, Utah 84095 | **DURHAM JONES & PINEGAR, P.C.**<br>Attn: Jeffrey M. Jones<br>Kenneth L. Cannon II<br>111 East Broadway, #900<br>P O Box 4050<br>Salt Lake City, UT 84110-4050 |

_____