**The below described is SIGNED.**

**Dated: April 16, 2011**

_/s/ J T Marker_
**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re | Bankruptcy No. 10-25027 (JTM) |
|---|---|
| AIP RESORT DEVELOPMENT, LLC, | Chapter 7 |
| Debtor. | |

**ORDER GRANTING EX PARTE MOTION FOR ORDER REDUCING TIME FOR OBJECTION DEADLINE AND TIME FOR HEARING ON TRUSTEE'S APPLICATION TO EMPLOY ATTORNEYS AND DECLARATION OF PROPOSED ATTORNEY**

THE COURT, having reviewed and considered the Trustee's *Ex Parte* Motion for Order Reducing Time for Objection Deadline and Time for Hearing on Trustee's Application to Employ Attorneys and Declaration of Proposed Attorney, and finding that good cause exits for granting the relief sought by the Trustee, it is hereby:

ORDERED, that:

1. any objections to the Trustee's Application to Employ Attorneys and Declaration of Proposed Attorney must be filed with the Court and served on counsel for the Trustee, not later than April 19, 2011 at 4:00 p.m. (Mountain Time);

{00118740.DOCX / }

**Filed: 04/15/11**

      2.      any reply memoranda must be filed with the Court and served on counsel for the party that filed the objection to which the Trustee is responding, not later than April 20, 2011 at 4:00 p.m. (Mountain Time); and

      3.      a hearing on the Trustee's Application to Employ Attorneys and Declaration of Proposed Attorney shall be held on Thursday, April 21, 2011 at 2:00 p.m. (Mountain Time), concurrently with the scheduled hearing on the Motion of AIP Resort Development, LLC and American Institutional Partners, LLC to Stay Order Granting Trustee's Motion to Convert Pending Appeal [docket no. 219].

**--- END OF ORDER ---**

{00118740.DOCX / }    2