**The below described is SIGNED.**

**Dated: May 31, 2011**

/s/ J T Marker
_____
JOEL T. MARKER
U.S. Bankruptcy Judge

---

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re | Bankruptcy No. 10-25027 JTM |
|---|---|
| AIP RESORT DEVELOPMENT, LLC, | Chapter 7 |
| Debtor. | |

**ORDER SHORTENING TIME FOR NOTICE AND OBJECTIONS IN CONNECTION WITH TRUSTEE'S MOTION TO APPROVE SETTLEMENT AGREEMENT**

The Court has considered the Ex Parte Motion (the "Motion") of David L. Miller (the "Trustee") in his capacity as Chapter 7 Trustee of AIP Resort Development, LLC (the "Debtor"), to shorten time for notice and objections to the Motion, and it appears that, under the circumstances, good cause exists for granting the relief sought through the motion.  Accordingly,

THE COURT HEREBY ORDERS AS FOLLOWS:

1.    The time for notice of the hearing on the Motion is reduced, so that the hearing thereon may be held on June 10, 2011 at 10:00 a.m.; and

2.    The deadline for objecting to the Motion is June 9, 2011 at 12:00 p.m.

---------------------- **END OF ORDER** ----------------------

{00121966.DOC / }

**Filed: 05/31/11**