**The below described is SIGNED.**

**Dated: June 13, 2011**

_____
**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| In re: AIP RESORT DEVELOPMENT, LLC,<br><br>Debtor. | **Bankruptcy No. 10-25027 JTM**<br><br>**ORDER GRANTING DISMISSAL OF BANKRUPTCY CASE AND APPROVAL OF SETTLEMENT AGREEMENT** |

This matter came before the Court on the Trustee's Motion to Approve Settlement Agreement [Docket No. 295] (the "Motion"), and also the Motion to Dismiss Chapter 7 Case Pursuant to 11 U.S.C. §§ 707(A) and 305(A)(1) (the "Motion to Dismiss") filed by American Institutional Partners, LLC. The Court conducted a hearing on the Motion on June 10, 2011 at 10:00 a.m. Appearances of counsel were made on the record of the hearing on the Motion. At the hearing the Court made findings and conclusions on the record which are incorporated by reference. Upon the Motion, the evidence adduced at the hearing on the Motion, and it appearing that notice of the Motion was appropriate, and good cause appearing for the relief sought through the Motion,

**IT IS HEREBY ORDERED:**

1. The Motion is granted;

2. This bankruptcy case is hereby dismissed;

{00122771.DOC / 3 }

**Filed: 06/10/11**

3. This Court shall retain jurisdiction solely for the purpose of approving Trustee's counsel fees;

4. The Motion to Dismiss filed by American Institutional Partners, LLC ("AIP") is denied as moot; and

5. The Trustee and AIP are hereby directed to seek dismissal of the appeal of this Court's earlier order converting this case to one under Chapter 7 as moot after this order becomes final and nonappealable.

---------------------------------------------END OF DOCUMENT-----------------------------------